# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-284-GCM

| | |
|---|---|
| MONIQUE BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VERIZON WIRELESS, )<br>)<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** comes before the Court on its own motion following Plaintiff's failure to furnish the Court with the Notice of Charge that she filed with the EEOC. Plaintiff Monique Brown, who is proceeding pro se, filed a Complaint, (Doc. No. 1), and a Motion to Proceed in Forma Pauperis ("IFP Motion"), (Doc. No. 2), on June 2, 2016. In this action, Plaintiff alleges that her former employer terminated her employment based on her age, in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq.

By order dated June 13, 2016, this Court directed Plaintiff, within twenty days, to furnish the Court with her EEOC Notice of Charge so the Court may determine the scope of this lawsuit. See Evans v. Techs. Applications & Serv. Co., 80 F.3d 954, 962-63 (4th Cir. 1996) ("The allegations contained in the administrative charge of discrimination [before the EEOC] generally operate to limit the scope of any subsequent judicial complaint."). Plaintiff has not submitted her EEOC Notice of Charge.

**IT IS, THEREFORE, ORDERED that:**

1. Plaintiff shall, within ten days of entry of this Order, furnish the Court with the

Notice of Charge that she filed with the EEOC. If Plaintiff fails to comply with this Order, the Complaint will be dismissed without prejudice and without further notice.

Signed: July 14, 2016

Graham C. Mullen
United States District Judge