UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-284-GCM

| | |
|---|---|
| MONIQUE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| VERIZON WIRELESS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court following receipt of Plaintiff's EEOC Notice of Charge. See (Doc. No. 7). Plaintiff Monique Brown, who is proceeding pro se, filed a Complaint, (Doc. No. 1), and a Motion to Proceed in Forma Pauperis ("IFP Motion"), (Doc. No. 2), on June 2, 2016. In this action, Plaintiff alleges that on around July 27, 2014, her employer discriminated against her and retaliated against her based on her age, in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq. On June 13, 2016, the Court granted Plaintiff's motion to proceed in forma pauperis. The Court finds that Plaintiff's Complaint survives initial review in that it is not clearly frivolous, and the Court will therefore order service on Defendant.

**IT IS, THEREFORE, ORDERED that:**

1. Plaintiff's Complaint survives initial review under Section 1915(e).

2. The U.S. Marshal is hereby directed to attempt to serve summons on Defendant at the address provided on the summons form attached to Plaintiff's Complaint.

1

Signed: August 9, 2016

Graham C. Mullen
United States District Judge