IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00284-GCM

| | |
|---|---|
| MONIQUE BROWN, | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| VERIZON WIRELESS, | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Plaintiff's Complaint. The *pro se* Plaintiff filed a complaint against the Defendants on June 2, 2016. The Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on September 6, 2016. On September 7, 2016 the Court sent a *Roseboro* Order to the Plaintiff, setting a response deadline of September 23, 2016. The Plaintiff failed to respond.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Dismiss is hereby **GRANTED** and the Plaintiff's complaint is dismissed with prejudice.

**SO ORDERED.**

Signed: October 12, 2016

Graham C. Mullen
United States District Judge